# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:19-MC-00150 RSL |
| Plaintiff, | 2:99-CR-0024-3 |
| vs. | |
| AARON BOSSETT, | **Order Terminating Garnishment Proceeding** |
| Defendant/Judgment Debtor, | |
| and | |
| AXUM ANALYTICS INC, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Axum Analytics INC., is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA vs. Bossett and Axum Analytics Inc.*, USDC# 2:19-MC-00150-RSL/2:99-CR-0024-3)-1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 22nd day of January, 2020.

*/s/ Robt S Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA vs. Bossett and Axum Analytics Inc., U*SDC# 2:19-MC-00150-RSL/2:99-CR-0024-3)-2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970